No. 71–692.  ILLINOIS v. SOMERVILLE.  C. A. 7th Cir. Certiorari granted.

No. 71–711.  NATIONAL LABOR RELATIONS BOARD v. GRANITE STATE JOINT BOARD, TEXTILE WORKERS UNION OF AMERICA, LOCAL 1029, AFL–CIO.  C. A. 1st Cir.  Certiorari granted.

No. 71–829.  MOURNING v. FAMILY PUBLICATIONS SERVICE, INC.  C. A. 5th Cir.  Motion of National Conference of Commissioners on Uniform State Laws for leave to file a brief as *amicus curiae* and certiorari granted.

No. 71–964.  PENNSYLVANIA v. WARE.  Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–5908.  CHAMBERS v. MISSISSIPPI.  Sup. Ct. Miss.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–641.  ESCOBAR v. CALIFORNIA.  Super. Ct. Cal., County of Orange.  Certiorari denied.

No. 71–662.  ROHM ET AL. v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 71–734.  RIVERA v. UNITED STATES; and
No. 71–5946.  CARABALLO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–776.  HARVILLE ROSE SERVICE v. KELLOGG Co. C. A. 5th Cir.  Certiorari denied.